UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:8:14-cv-2915-T-35EAJ

HOWARD COHAN,

    Plaintiff,

vs.

GOLDEN VILLA RESORT, LLC, d/b/a
GOLDEN VILLA MOTEL-APARTMENTS

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action pursuant to Rule 41 of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, GOLDEN VILLA RESORT, LLC ("Defendant"), have not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.    This case shall be dismissed against Defendant with each side bearing its own attorneys' fees and costs.

Dated: 3/16/15

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY: _____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527