UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.    Case No: 8:14-cv-2915-T-35EAJ

GOLDEN VILLA RESORT, LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL**

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 9) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **dismissed.** The Plaintiff asserts in the Notice that each party shall bear its own attorneys' fees and costs associated with this matter; however, the notice does not indicate that this has been stipulated to by the parties. Therefore, the Court will not order such relief. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case**.**

**DONE and ORDERED** in Tampa, Florida this 30th day of March, 2015.

*[signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party